1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    DAVID A. ESTRADA,                              1:15-cv-01178-GSA (PC)

8                        Plaintiff,

9         v.                                        ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
10   M. JENNINGS, et al.,                           OR PAY FILING FEE WITHIN 45 DAYS

11                       Defendant.

12

13         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

14   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

15   forma pauperis pursuant to 28 U.S.C. § 1915.

16         Accordingly, IT IS HEREBY ORDERED that:

17         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

18   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

19   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

20   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

21   submit a certified copy of his/her prison trust statement for the six month period immediately

22   preceding the filing of the complaint. **Failure to comply with this order will result in dismissal**

23   **of this action.**

24   IT IS SO ORDERED.

25

26      Dated:   **July 31, 2015**                   **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28