# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. JENNINGS, et al.,<br><br>　　　　Defendants. | 1:15-cv-01178-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 20)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff David Estrada is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on July 29, 2015. (ECF No. 1.) On August 17, 2015, Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 10.)

　　　　On July 14, 2016, Plaintiff filed a document entitled "Plaintiff's Notice of Voluntary Dismissal." Plaintiff acknowledges that on June 15, 2016, the Court dismissed his complaint, with leave to amend, for failure to state a claim upon which relief could be granted. Plaintiff advises the Court that he "notices this court of voluntary dismissal." (ECF No. 20 p. 1.) The Court construes the notice as a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

　　　　"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no

1

court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a). All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated:   **July 18, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE